

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00340-CR

## IN RE MILTON LEE GARDNER

_____

## Original Proceeding

## MEMORANDUM OPINION

In this mandamus proceeding, Milton Lee Gardner requests this Court to order the Limestone County District Clerk to rule on his pretrial writ of habeas corpus filed with the trial court on September 9, 2014, and if the ruling does not grant relief, to transmit the writ to the Court of Appeals. There are procedural problems with this petition, including that it has not been served on the District Clerk as the respondent or the State as the real party in interest, *see* TEX. R. APP. P. 9.5; 52.2; however, we use Rule 2 and look beyond these deficiencies to dispose of Gardner's petition. TEX. R. APP. P. 2.

As a Court of Appeals, we have no jurisdiction to compel a district clerk to act except to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004). Gardner has not alleged any need for this Court to protect that jurisdiction.

Accordingly, Gardner's petition is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed November 20, 2014
Do not publish
[OT06]

